UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PAMELA MESSAL,

                    Plaintiff,

v.

RANDY MOORE, *et al.*,

                    Defendants.

3:24-cv-00122-ART-CSD

**ORDER**

Re: ECF No. 9

Before the court is Plaintiff's Motion to Enlarge Time for Service. (ECF No. 9.) Plaintiff requests an extension to and including August 1, 2024, in which to serve Defendants Randy Moore and William Dunkelberger.

Good cause appearing, Plaintiff's Motion to Enlarge Time for Service (ECF No. 9) is **<u>GRANTED</u>** to the extent that Plaintiff shall have to and including **August 1, 2024**, in which to effectuate service on Defendants Randy Moore and William Dunkelberger.

DATED: July 22, 2024.

                                          _____
                                          CRAIG S. DENNEY
                                          UNITED STATES MAGISTRATE JUDGE