# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA MESSAL,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RANDY MOORE, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:24-cv-00122-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 12 |

Before the court is Plaintiff's Motion to Enlarge Time for Service. (ECF No. 12.) Plaintiff requests an extension to and including August 14, 2024, in which to serve Defendant William Dunkelberger.

Good cause appearing, Plaintiff's Motion to Enlarge Time for Service (ECF No. 12) is **<u>GRANTED</u>** to the extent that Plaintiff shall have to and including **August 14, 2024**, in which to serve Defendant William Dunkelberger.

DATED: August 2, 2024.



　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　CRAIG S. DENNEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE