# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA MESSAL,<br><br>                    Plaintiff,<br><br>    v.<br><br>RANDY MOORE, *et al.*,<br><br>                    Defendants. | 3:24-cv-00122-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 14 |

Before the court is Plaintiff's Motion to Enlarge Time for Service. (ECF No. 14.) Plaintiff requests an extension to and including September 5, 2024, in which to serve Defendant William Dunkelberger.

Good cause appearing, Plaintiff's Motion to Enlarge Time for Service (ECF No. 14) is **<u>GRANTED</u>** to the extent that Plaintiff shall have to and including **September 5, 2024**, in which to serve Defendant William Dunkelberger.

DATED: August 15, 2024.



_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE