**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PAMELA MESSAL,

Plaintiff,

v.

RANDY MOORE, *et al.*,

Defendants.

3:24-cv-00122-ART-CSD

**ORDER**

Re: ECF No. 17

Before the court is Plaintiff's Motion for Advice Regarding Next Steps on Unsuccessful Attempts to Serve Defendant William Dunkelberger. (ECF No. 17.)

Plaintiff is advised that neither the court nor the Clerk's Office can give legal advice. Plaintiff should refer to the Federal Rules of Civil Procedure regarding service.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Advice Regarding Next Steps on Unsuccessful Attempts to Serve Defendant William Dunkelberger (ECF No. 17) is **DENIED**.

DATED:  September 6, 2024.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE