**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA MESSAL,<br><br>  Plaintiff,<br><br> v.<br><br>RANDY MOORE, *et al.*,<br><br>  Defendants. | 3:24-cv-00122-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 20 |

Plaintiff's motion for an extension of time to serve defendant William Dunkelberger (ECF No. 20) is **GRANTED**. Plaintiff has up to and including **October 17, 2024** to serve Defendant William Dunkelberger.

DATED:  September 20, 2024.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE