UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PAMELA MESSAL,

    Plaintiff

v.

RANDY MOORE, et al.,,

    Defendants

Case No.: 3:24-cv-00122-ART-CSD

**Order**

Re: ECF No. 38

Plaintiff filed a motion for leave to amend and proposed amended complaint. (ECF No. 38.) On November 12, 2024, however, Plaintiff filed a notice of voluntary dismissal of this entire case. (ECF No. 44.) Therefore, Plaintiff's motion for leave to amend (ECF No. 38) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: December 4, 2024

_____
Craig S. Denney
United States Magistrate Judge